| | |
|---|---|
| 1 | Steven L. Rodriguez, State Bar No. 199313 |
| | COZEN O'CONNOR |
| 2 | 425 California Street, Suite 2400 |
| | San Francisco, California 94104 |
| 3 | Telephone: 415.617.6100 |
| | Facsimile: 415.617.6101 |
| 4 | |
| 5 | John C. Barnoski, To Seek Pro Hac Vice Admission |
| | COZEN O'CONNOR |
| 6 | 1900 Market Street |
| | Philadelphia, Pennsylvania 19103 |
| 7 | Telephone: 215-665-2000 |
| | Facsimile: 215-665-2013 |
| 8 | Attorneys for Defendants |
| | Isabelle Gartner and Helen Tekce d.b.a. Baby Be Mine |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID CARNEY AND INGRID & ISABEL, INC., | Case No.: C 06 1832 WDB |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION |
| vs. | |
| ISABELLE GARTNER AND HELEN TEKCE, individually and collectively d.b.a BABY BE MINE, | |
| Defendants. | |

Plaintiffs INGRID CARNEY AND INGRID & ISABEL, INC., and defendants ISABELLE GARTNER AND HELEN TEKCE, dba BABY BE MINE are attempting to the facilitate settlement of this lawsuit for trademark infringement and unfair competition. As a result of the parties' active settlement negotiations, the parties have agreed that defendants ISABELLE GARTNER AND HELEN TEKCE, dba BABY BE MINE be given additional time to file their response to plaintiff's Complaint.[1] The parties agree that defendants' responsive pleading will be due on or before April 24, 2006.

---

[1] Plaintiffs' Complaint was sent to defendants via U.S. Mail on or about March 13, 2006. Defendant Isabelle Gartner is a resident of New Jersey. Defendant Helen Tekce and Baby Be Mine are residents of Connecticut.

1

STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
(Case No.: C 0 61832)

| | |
|---|---|
| 1 | IT IS FURTHER STIPULATED THAT said stipulation be adopted and amended as the |
| 2 | order of this court. |
| 3 | I have read the above stipulation and am authorized by my clients to agree thereto on their |
| 4 | behalf. |

Dated: 4/4/, 2006        COZEN O'CONNOR

By: _____
STEVEN L. RODRIGUEZ
Attorneys for Defendants ISABELLE
GARTNER AND HELEN TEKCE, dba BABY
BE MINE

Dated: 4/4/, 2006        LAW OFFICE OF FREAR STEPHEN
SCHMID

By: _____
FREAR STEPHEN SCHMID
Attorney for Plaintiffs INGRID CARNEY AND
INGRID & ISABEL, INC.

Upon review of the stipulation by the parties and good cause appearing, IT IS SO ORDERED THAT the stipulation of the parties be entered as the order of this court.

DATED: 4/5, 2006

/s/ Wayne D. Brazil
_____
Magistrate    JUDGE OF THE DISTRICT COURT

SANFRAN1\35960\1185334.000

2

STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
(Case No.: C 06 1832)