1  Steven L. Rodriguez, State Bar No. 199313
   COZEN O'CONNOR
2  425 California Street, Suite 2400
   San Francisco, California 94104
3  Telephone: 415.617.6100
   Facsimile: 415.617.6101
4
   John C. Barnoski, To Seek Pro Hac Vice Admission
5  COZEN O'CONNOR
   1900 Market Street
6  Philadelphia, Pennsylvania 19103
   Telephone: 215-665-2000
7  Facsimile: 215-665-2013

8  Attorneys for Defendants
   Isabelle Gartner and Helen Tekce d.b.a. Baby Be Mine
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID CARNEY AND INGRID & ISABEL, INC., | Case No.: C 06 1832 WDB |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION** |
| vs. | |
| ISABELLE GARTNER AND HELEN TEKCE, individually and collectively d.b.a BABY BE MINE, | |
| Defendants. | |

Plaintiffs INGRID CARNEY AND INGRID & ISABEL, INC., and defendants ISABELLE GARTNER AND HELEN TEKCE, dba BABY BE MINE are attempting to the facilitate settlement of this lawsuit for trademark infringement and unfair competition. This Court previously signed the parties' stipulation extending the time for defendants to file a responsive pleading to April 24, 2006.

The parties are close to finalizing their active settlement negotiations and have agreed that defendants ISABELLE GARTNER AND HELEN TEKCE, dba BABY BE MINE be given

1  additional time to file their response to plaintiffs' Complaint.[1] The parties agree that defendants'
2  responsive pleading will be due on or before May 15, 2006.
3      IT IS FURTHER STIPULATED THAT said stipulation be adopted and amended as the
4  order of this court.
5      I have read the above stipulation and am authorized by my clients to agree thereto on their
6  behalf.

8  Dated: APRIL 21, 2006        COZEN O'CONNOR

10                 By: _____
11                 STEVEN L. RODRIGUEZ
                   Attorneys for Defendants ISABELLE
12                 GARTNER AND HELEN TEKCE, dba BABY
                   BE MINE

14 Dated: 4/21, 2006        LAW OFFICE OF FREAR STEPHEN
                   SCHMID

16                 By: _____
17                 FREAR STEPHEN SCHMID
                   Attorney for Plaintiffs INGRID CARNEY AND
18                 INGRID & ISABEL, INC.

19     Upon review of the stipulation by the parties and good cause appearing, IT IS SO
20 ORDERED THAT the stipulation of the parties be entered as the order of this court.

22 DATED: 4/25, 2006

23                 /s/ Wayne D. Brazil
24                 _____
             Magistrate  JUDGE OF THE DISTRICT COURT

---

[1] Plaintiffs' Complaint was sent to defendants via U.S. Mail on or about March 13, 2006. Defendant Isabelle Gartner is a resident of New Jersey. Defendant Helen Tekce and Baby Be Mine are residents of Connecticut.