1  Frear Stephen Schmid, State Bar No. 96089
   LAW OFFICE OF FREAR STEPHEN SCHMID
2  177 Post Street, #890
   San Francisco, California  94108
3  Telephone: 415.788.5957
   Facsimile: 415.788.5958
4

5  Attorney for Plaintiffs
   INGRID CARNEY AND INGRID & ISABEL, INC.,
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 | INGRID CARNEY AND INGRID & ISABEL, ) | Case No.:  C 06 1832 WDB
   | INC.,                              )
11 |                                    ) | **REQUEST FOR DISMISSAL AND**
   |                Plaintiffs,         ) | **ORDER**
12 |                                    )
   |        vs.                         )
13 |                                    )
   | ISABELLE GARTNER AND HELEN TEKCE,  )
14 | individually and collectively d.b.a BABY BE MINE, )
   |                                    )
15 |                Defendants.         )
   |                                    )
16

17         Plaintiffs Ingrid Carney and Ingrid & Isabel, Inc. (hereinafter collectively referred to as

18 "Plaintiffs"), and defendants Isabelle Gartner and Helen Tekce, individually and collectively d.b.a.

19 Baby Be Mine (hereinafter collectively referred to as "Defendants"), by and through their

20 undersigned counsel, hereby consent, stipulate and agree, subject to the approval of the Court, as

21 follows:

22         1.      All claims asserted by Plaintiffs against Defendants in the above-captioned matter are

23 dismissed and/or withdrawn, as provided for in the General Release and Settlement Agreement

24 ("Agreement") entered into by and between the Plaintiffs against Defendants on May 11, 2006; and

25

26

27

28
                                            1
                          REQUEST FOR DISMISSAL AND ORDER
                                  (Case No.: C 0 61832)

2. Notwithstanding the discontinuance of this action, the Court shall retain jurisdiction to enforce the terms of the parties' Agreement.

Dated: May 15, 2006, 2006        LAW OFFICE OF FREAR STEPHEN SCHMID

By: /s/ Frear Stephen Schmid
FREAR STEPHEN SCHMID
Attorney for Plaintiffs INGRID CARNEY
and INGRID & ISABEL, INC.

Dated: May 15, 2006        COZEN O'CONNOR

By: [signature]
JOHN C. BARNOSKY
Attorneys for Defendants ISABELLE
GARTNER and HELEN TEKCE, d.b.a.
BABY BE MINE

IT IS SO ORDERED.

Dated: May 17, 2006        /s/ Wayne D. Brazil

WAYNE D. BRAZIL
MAGISTRATE JUDGE OF THE
DISTRICT COURT

SANFRAN1\35960\1185334.000

2
REQUEST FOR DISMISSAL AND ORDER
(Case No.: C 0 61832)